IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| BRANDON ALMANZA, § <br> § <br> Plaintiff § <br> § <br> v. § <br> § <br> PIONEER NATURAL RESOURCES § <br> COMPANY, § <br> § <br> Defendant. § <br> § | Case No. 7:22-cv-00206-DC-RCG |

**JOINT STATUS REPORT**

Pursuant to the Court's December 6, 2022 Order (Dkt. No. 11), Plaintiff Brandon Almanza ("Almanza") and Defendant Pioneer Natural Resources Company ("Defendant") (together, the "Parties") respectfully submit this Joint Status Report, stating as follows:

The Parties have reached a settlement in principle and are working to memorialize that agreement. Upon finalizing their settlement, the Parties will file a stipulation of dismissal with the Court.

95609557v.1

DATED:  June 6, 2023

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| SANFORD LAW FIRM, PLLC | SEYFARTH SHAW LLP |

By: */s/ Colby Qualls (with permission)*
    Josh Sanford
    Texas Bar No. 24077858
    Colby Qualls
    Arkansas Bar No. 2019246
    SANFORD LAW FIRM, PLLC
    Kirkpatrick Plaza
    10800 Financial Centre Pkwy, Suite 510
    Little Rock, Arkansas 72211
    Telephone: (800) 615-4946
    Facsimile: (888) 787-2040
    josh@sanfordlawfirm.com
    colby@sanfordlawfirm.com

    ATTORNEYS FOR PLAINTIFF
    BRANDON ALMANZA

By: */s/ Annette A. Idalski*
    Annette A. Idalski
    Texas Bar No. 00793235
    1075 Peachtree Street, N.E., Suite 2500
    Atlanta, Georgia  30309-3958
    Telephone: (404) 885-1500
    Facsimile: (404) 892-7056
    aidalski@seyfarth.com

    Rachel M. Hoffer
    Texas Bar No. 24065432
    700 Milam Street, Suite 1400
    Houston, Texas  77002-2812
    Telephone:  (713) 225-2300
    Facsimile:  (713) 225-2340
    rhoffer@seyfarth.com

    ATTORNEYS FOR DEFENDANT
    PIONEER NATURAL RESOURCES COMPANY

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she caused a copy of the foregoing document to be served upon the following counsel of record via the Court's ECF system, on June 6, 2023:

    Josh Sanford
    Colby Qualls
    SANFORD LAW FIRM, PLLC
    Kirkpatrick Plaza
    10800 Financial Centre Pkwy, Suite 510
    Little Rock, Arkansas 72211
    Telephone: (800) 615-4946
    josh@sanfordlawfirm.com
    colby@sanfordlawfirm.com

    */s/ Annette A. Idalski*
    Annette A. Idalski