# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | |
|---|---|
| BRANDON ALMANZA, § § Plaintiff § § v. § § PIONEER NATURAL RESOURCES § COMPANY, § § Defendant. § § | Case No. 7:22-cv-00206-DC-RCG |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Brandon Almanza ("Almanza") and Defendant Pioneer Natural Resources Company ("Defendant") file this Joint Stipulation of Dismissal with Prejudice and state as follows:

Plaintiff and Defendant hereby agree and stipulate to dismissal of this action with prejudice, with each party to bear his/its own costs and attorneys' fees.

WHEREFORE, Plaintiff and Defendant request that the Court take notice of the stipulation of dismissal and enter any necessary orders to close this case before the Court.

96780532v.1

DATED:  July 21, 2023

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| SANFORD LAW FIRM, PLLC | SEYFARTH SHAW LLP |
| By: */s/ Josh Sanford (with permission)* | By: */s/ Annette A. Idalski* |
| Josh Sanford | Annette A. Idalski |
| Texas Bar No. 24077858 | Texas Bar No. 00793235 |
| Colby Qualls | 1075 Peachtree Street, N.E., Suite 2500 |
| Arkansas Bar No. 2019246 | Atlanta, Georgia  30309-3958 |
| SANFORD LAW FIRM, PLLC | Telephone: (404) 885-1500 |
| Kirkpatrick Plaza | Facsimile: (404) 892-7056 |
| 10800 Financial Centre Pkwy, Suite 510 | aidalski@seyfarth.com |
| Little Rock, Arkansas 72211 | |
| Telephone: (800) 615-4946 | Rachel M. Hoffer |
| Facsimile: (888) 787-2040 | Texas Bar No. 24065432 |
| josh@sanfordlawfirm.com | 700 Milam Street, Suite 1400 |
| colby@sanfordlawfirm.com | Houston, Texas  77002-2812 |
| | Telephone:  (713) 225-2300 |
| ATTORNEYS FOR PLAINTIFF | Facsimile:  (713) 225-2340 |
| BRANDON ALMANZA | rhoffer@seyfarth.com |
| | ATTORNEYS FOR DEFENDANT |
| | PIONEER NATURAL RESOURCES COMPANY |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she caused a copy of the foregoing document to be served upon the following counsel of record via the Court's ECF system, on July 21, 2023:

> Josh Sanford
> Colby Qualls
> SANFORD LAW FIRM, PLLC
> Kirkpatrick Plaza
> 10800 Financial Centre Pkwy, Suite 510
> Little Rock, Arkansas 72211
> Telephone: (800) 615-4946
> josh@sanfordlawfirm.com
> colby@sanfordlawfirm.com

*/s/ Annette A. Idalski*
Annette A. Idalski