IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| BRANDON ALMANZA, § | |
|     *Plaintiff*, § | |
| § | |
| v. § | NO. MO:22-CV-00206 |
| § | |
| PIONEER NATURAL RESOURCES § | |
| COMPANY § | |
|     *Defendant*. § | |

## ORDER

BEFORE THE COURT is the Parties' Joint Stipulation of Dismissal With Prejudice (Doc. 15) filed July 21, 2023. The parties agree and stipulate that this action against should be dismissed with prejudice. (*Id*.). Federal Rule of Civil Procedure 41(a)(1)(A)(ii) allows a plaintiff to dismiss an action upon filing a stipulation of dismissal signed by all parties who have appeared. Plaintiff has done so. "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013).

The Court therefore **ORDERS** that the Clerk of Court **CLOSE** this action. Each party shall bear and pay their respective attorney fees and costs herein.

It is so **ORDERED**.

SIGNED this 24th day of July, 2023.

                      DAVID COUNTS
                      UNITED STATES DISTRICT JUDGE